**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 11, 2011**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  10-60441 |
| Galen Henry Wolfgram | : | Chapter 13 |
| Millie M. Droste | : | Judge Caldwell |
| | : | |
| | : | |
| | : | |
| Debtor(s). | : | |

### ORDER CONFIRMING CHAPTER 13 PLAN

This matter is before the Court with respect to confirmation of the Debtor(s)' Chapter 13 plan and amendments thereto, if any ("Plan"). Having reviewed the Plan, and noting that objections, if any, have been withdrawn or resolved, the Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

It is therefore **ORDERED** that the Plan is confirmed, subject to the following terms, conditions and restrictions:

1.      The Debtor(s) shall make monthly payments to the Trustee until the plan is

completed, for a period not to exceed sixty months.  The monthly payments shall be by payroll deduction, unless otherwise ordered or agreed to by the Trustee. Payments shall be sent to Chapter 13 Trustee, P.O. Box 71-0795, Columbus, OH 43271-0795.

2.  The Trustee shall deposit all monthly payments and make disbursements in accordance with the law, the provisions of the Plan, any subsequent order of the Court requiring distribution of payments in a particular manner, and any General Order in effect in the District.

3.  During the pendency of the Plan, all property of the estate as defined in 11 U.S.C. § 1306(a) is within the exclusive jurisdiction of the Court.  The Debtor(s) shall not, except as provided in LBR 6004-1(c)(3), without consent of the Trustee or the Court, sell or otherwise dispose of or transfer such property unless sale or transfer of such property is specifically provided for in the Plan.

4.  The Debtor(s) shall maintain insurance on all property subject to a security interest in a manner and for the amount required by the Bankruptcy Code and/or the relevant security agreement or loan documents.

5.  The Debtor(s) shall not incur additional non-emergency consumer debt in an amount exceeding $1000 without written approval of the Trustee or order of the Court.

6.  The value of property which is the subject of a security interest shall be the lesser of the value set forth in the Plan (or if a value is not stated in the Plan, then the value set forth in the Debtor(s)' schedules) or the value set forth in the secured creditor's proof of claim, unless a different value is stipulated by the parties or determined by Court order.

7.  The attorney for the Debtor(s) is allowed the fee set forth in the attorney compensation statement filed in the case, provided the statement does not request fees in excess of $3500.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest

# # #

In re:                                                          Case No. 10-60441-cmc
Galen Henry Wolfgram                                            Chapter 13
Millie M. Droste
        Debtors                  **CERTIFICATE OF NOTICE**

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
```
db/jdb      +Galen Henry Wolfgram,   Millie M. Droste,   6232 Ardmore Way,   Dublin, OH 43016-6169
cr           Midland Funding, LLC,   PO Box 248897,   Oklahoma City, OK  73124-8897
cr          +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr         ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corporation,   19001 S Western Avenue WF-21,
               PO Box 2958,   Torrence, CA  90509-2958)
13833713     Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
13833714    +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
13833715     Capital One,   PO Box 105474,   Atlanta, GA 30348-5474
13935507     Capital One Bank USA NA,   American InfoSource LP,   PO Box 71083,   Charlotte NC  282721083
13833716     Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
13833717     Chase,   P.O. Box 15583,   Wilmington, DE 19886-1194
13932453     Chase Bank USA NA,   P O Box 15145,   Wilmington, DE 19850-5145
13892443    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
               Dallas, TX 75374-0933
13870150    +Department Stores National Bank/Macys,   Bankruptcy Processing,   PO Box 8053,
               Mason, OH 45040-8053
13878163    +Fia Card Services, NA As Successor In Interest to,   Bank of America NA and Mbna America Bank,
               1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
13833718    +Grady Memorial Hospital,   Dept. #L-3038,   Columbus, OH 43260-0001
13833719    +HTS Loan Servicing,   Vacation Ownership Lending,   Dept. 1767,   Denver, CO 80291-0001
13833720    +Hyatt Vacation Management,   Dept. 1694,   Denver, CO 80291-0001
13833721   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   Insolvencies,   PO Box 21126,
               Philadelphia, PA 19114)
13833722   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   Special Procedures,   200 N. High Street,
               Columbus, OH 43215)
13833723    +J.P. Recovery Services, Inc.,   PO Box 16749,   Rocky River, OH 44116-0749
13833724    +JP Morgan Chase Bank,   1300 East Ninth Street,   Cleveland, OH 44114-1501
14032623    +JPMorgan Chase Bank,NA,   c/o Thomas R. Merry, Esq.,   Barren & Merry Co., L.P.A.,
               110 Polaris Parkway, Suite 302,   Westerville, OH 43082-7054
13833728    +MMD Consulting, Inc.,   4985 Cemetery Road,   Hilliard, OH 43026-1641
13833726     Macy's,   P.O. Box 183083,   Columbus, OH 43218-3083
14185302    +Mallory Pools,   P O Box 455,   Powell OH 43065-0455
14044013     Midland Funding LLC by American InfoSource LP,   PO Box 248897,   Oklahoma City OK  731248897
13833727    +Miller Investments,   PO Box 20103,   Columbus, OH 43220-0103
13833729     National City Bank,   P.O. Box 5570,   Cleveland, OH 44101-0570
13833730    +Ohio Attorney General,   Collections Enforcement Section,   150 East Gay Street, 21st Floor,
               Columbus, OH 43215-3191
14215452    +Ohio Department of Taxation,   Bankruptcy Division,   P.O. Box 530,   Columbus, OH 43216-0530
13833731     Ohio Department of Taxation,   Attn: Bankruptcy Department,   P.O. Box 530,
               Columbus, OH 43266-0030
13880380    +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13833732     PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
13833733    +PNC Mortgage,   400 Tradesport Blvd.,   Suite 405,   Atlanta, GA 30354-2911
13961548    +PNC Mortgage,,   a division of PNC Bank,,   National Association,   3232 NEWMARK DRIVE,
               MIAMISBURG, OH 45342-5421
14189255   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   P.O. Box 41067,
               Norfolk, VA 23541)
13833734    +Prairie Township Fire Dept.,   PO Box 951321,   Cleveland, OH 44193-0011
13940929   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corporation,   5005 North River Blvd., N.E.,
               Cedar Rapids, IA 52411-6634)
13833735    +Thomas R. Merry,   Barren & Merry,   110 Polaris Parkway, Suite 302,   Westerville, OH 43082-7054
13833736    +Thrivent Financial Bank,   PO Box 15019,   Wilmington, DE 19886-5019
14185303     Toyota Motor Credit Corpoation,   5005 North River Blvd NE,   Cedar Rapids IA  52411 6634
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2011 20:08:25
             Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
14095120     E-mail/PDF: BNCEmails@blinellc.com Apr 11 2011 20:18:28     CR Evergreen, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
13833725     E-mail/PDF: cr-bankruptcy@kohls.com Apr 11 2011 20:08:28     Kohl's,   PO Box 2983,
               Milwaukee, WI 53201-2983
13955363     E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2011 20:08:24
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                              TOTAL: 4
```

```
        ***** BYPASSED RECIPIENTS (continued) *****

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                    **Signature:**   _Joseph Speetjens_